for appellees.

## 36816. ADDISON v. THE STATE.

Judgment affirmed without opinion under Rule 59.
*All the Justices concur.*

DECIDED OCTOBER 2, 1980 —
REHEARING DENIED OCTOBER 22, 1980.

*B. Andrew Prince, Robert J. Reed,* for appellant.
*V. D. Stockton, District Attorney, Michael H. Crawford, Assistant District Attorney,* for appellee.